AMBROSE GILLIGAN, Appellant, *v.* THE COMMERCIAL FIRE INSURANCE COMPANY, Respondent.

(Argued June 17, 1881 ; decided December 6, 1881.)

*J. S. Potter* for appellant.

*G. A. Clement* for respondent.

Agree to affirm without opinion.

All concur.

Order affirmed and judgment absolute against plaintiff on stipulation.